UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGIC KNIGHT,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER, Warden,<br><br>　　　　　　　　　Respondent. | Case No. CV 18-5575-PA (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: January 18, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　United States District Judge