JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGIC KNIGHT,<br><br>                    Petitioner,<br><br>          v.<br><br>MARTIN BITER, Warden,<br><br>                    Respondent. | Case No. CV 18-5575-PA (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated:  January 18, 2019

_____
PERCY ANDERSON
United States District Judge